IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| VANCHESTER P. WRIGHT, | : | |
| Petitioner | : | |
| | : | |
| VS. | : | **1 : 06-CV-156 (WLS)** |
| BRUCE CHATMAN, Warden, | : | |
| Respondent. | : | |

## RECOMMENDATION

Presently pending in this § 2254 action is the respondent's Motion to Dismiss based on a lack of jurisdiction to entertain a successive petition. The petitioner filed this federal habeas petition attacking his 1995 Dougherty County convictions for aggravated battery and stalking. Petitioner's convictions and sentences were affirmed on direct appeal on March 12, 1996. On August 1, 2002, the petitioner filed a state habeas petition in the Superior Court of Dooly County. The state habeas court denied relief on July 15, 2003 and collateral review was completed in September 2004. On March 3, 2005, the petitioner filed his first federal habeas petition challenging his Dougherty County convictions. *See Wright v. Chatman*, 1 : 05-CV-25 (WLS). This court denied relief in an order dated February 28, 2006. Petitioner filed this federal habeas petition in November 2006, again challenging his Dougherty County convictions.

The respondent maintains that the petitioner has failed to obtain authorization from the Eleventh Circuit to proceed in this second federal petition for habeas relief challenging his 1995 Dougherty County convictions and sentences. Pursuant to 28 U.S.C. § 2244(b)(3)(A), "[b]efore

a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." This portion of the AEDPA has been upheld by the Supreme Court as constitutional. Felker v. Turpin, 116 S. Ct. 2333 (1996). The petitioner does not deny that he did not seek the proper authorization from the Eleventh Circuit before filing this successive petition, and has filed a motion to withdraw his petition.

Accordingly, it is the recommendation of this undersigned that this petition be **DISMISSED** as successive. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 20th day of November, 2007.

/s/ **Richard L. Hodge**
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE